N O S R A T I L A W
A PROFESSIONAL LAW CORPORATION
Omid Nosrati, Esq. (SBN 216350)
1801 Century Park East, Suite 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com

BARRERA & ASSOCIATES
Patricio T.D. Barrera (SBN 149696)
2298 E Maple Avenue
El Segundo, CA 90245
Telephone: (310) 802-1500
Email: barrera@BAattorneys.com

Attorneys for Plaintiffs

JACKSON LEWIS, P.C.
James P. Carter (SBN 150052)
Jonathan P. Schmidt (SBN 293290)
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Email: jonathan.schmidt@jacksonlewis.com

Attorneys for Defendant Equinox Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE MARTINEZ, an individual; THERESE SVENGERT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-02413-RAO-KES<br><br>Assigned for All Purposes to the Honorable Rozella A. Oliver<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiffs Valerie Martinez, Therese and Defendants Equinox Holdings, Inc. by and through their counsel, that the entire action filed by Plaintiffs against Defendants, Case No. 8:20-cv-02413-RAO-KES be and hereby is dismissed with prejudice as to all parties pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

DATED: February 26, 2024

BARRERA & ASSOCIATES

By: */s/ Patricio Barrera*
Patricio T.D. Barrera
Attorneys for Plaintiffs,
VALERIE MARTINEZ
THERESE SVENGERT

JACKSON LEWIS P.C.

By: */s/ Jonathan P. Schmidt*
James P. Carter
Jonathan P. Schmidt

Attorneys for Defendant
EQUINOX HOLDINGS, INC.